# United States Bankruptcy Court
## Southern District of Georgia

In re  **Thomas F. Allgood, III**
_____

Debtor(s)

Case No. _____

Chapter **13** _____

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1.  Debtor 1    **Thomas F. Allgood, III**

   Employer    **Columbia County Chamber of Commerce**

   Dates of Pay Advices:    From ___11/06/2025___ To ___12/31/2025___

   The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐    The Debtor 1 was not employed.

   ☐    The Debtor 1's source of income was from Social Security.

   ☐    The Debtor 1 was self-employed.

2.  Debtor 2 (Spouse)    _____

   Employer    _____

   Dates of Pay Advices:    From _____ To _____

   The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐    Debtor 2 was not employed.

   ☐    Debtor 2's source of income was from Social Security.

   ☐    Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

_____  1-8-26
Signature of Attorney for Debtor(s)    Date

_____  1-8-26
Signature of Debtor 1    Date

**Charles W. Wills**
_____
Name of Attorney

_____
Signature of Debtor 2 (if applicable)    Date

Tran_Pay_Adv [Rev. 12/17]

Columbia County Chamber of Commerce, In
1000 Business Blvd
Evans GA 30809-7617

Pay Stub Detail
PAY DATE: 11/06/2025
NET PAY: $869.98

Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

**EMPLOYER**
Columbia County Chamber of Commerce, Inc.
1000 Business Blvd
Evans GA 30809-7617

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 10/19/2025 |
| Period Ending: | 11/01/2025 |
| Pay Date: | 11/06/2025 |
| Total Hours: | 38.25 |

**EMPLOYEE**
Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

| **BENEFITS** | **Accrued** | **Used** | **Available** | | |
|---|---|---|---|---|---|
| Vacation | 4.62 | 0.00 | 4.62 | **NET PAY:** | **$869.98** |
| | | | | Acct#....1764: | $869.98 |

**MEMO:**

| **PAY** | **Hours** | **Rate** | **Current** | **YTD** |
|---|---|---|---|---|
| Regular Pay | 38.25 | 26.44 | 1,011.33 | 1,011.33 |

| **DEDUCTIONS** | **Current** | **YTD** |
|---|---|---|
| | | |

| **TAXES** | **Current** | **YTD** |
|---|---|---|
| Federal Income Tax | 43.44 | 43.44 |
| Social Security | 62.70 | 62.70 |
| Medicare | 14.66 | 14.66 |
| GA Income Tax | 20.55 | 20.55 |

| **SUMMARY** | **Current** | **YTD** |
|---|---|---|
| Total Pay | $1,011.33 | $1,011.33 |
| Taxes | $141.35 | $141.35 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$869.98** | |

Columbia County Chamber of Commerce, In
1000 Business Blvd
Evans GA 30809-7617

Pay Stub Detail
PAY DATE: 11/20/2025
NET PAY: $1,700.13

Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

---

**EMPLOYER**
Columbia County Chamber of Commerce, Inc.
1000 Business Blvd
Evans GA 30809-7617

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 11/02/2025 |
| Period Ending: | 11/15/2025 |
| Pay Date: | 11/20/2025 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Vacation | 4.62 | 0.00 | 9.24 |

**NET PAY:** $1,700.13
Acct#....1764: $1,700.13

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 26.44 | 2,115.20 | 3,126.53 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 175.42 | 218.86 |
| Social Security | 131.14 | 193.84 |
| Medicare | 30.67 | 45.33 |
| GA Income Tax | 77.84 | 98.39 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,115.20 | $3,126.53 |
| Taxes | $415.07 | $556.42 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $1,700.13

Columbia County Chamber of Commerce, In
1000 Business Blvd
Evans GA 30809-7617

Pay Stub Detail
PAY DATE: 12/04/2025
NET PAY: $1,700.11

Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

**EMPLOYER**
Columbia County Chamber of Commerce, Inc.
1000 Business Blvd
Evans GA 30809-7617

| **PAY PERIOD** | |
|---|---|
| Period Beginning | 11/16/2025 |
| Period Ending: | 11/29/2025 |
| Pay Date: | 12/04/2025 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

| **BENEFITS** | Accrued | Used | Available |
|---|---|---|---|
| Vacation | 4.62 | 0.00 | 13.86 |

| **NET PAY:** | **$1,700.11** |
|---|---|
| Acct#....1764: | $1,700.11 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 65.50 | 26.44 | 1,731.82 | 4,858.35 |
| Holiday Pay | 14.50 | 26.44 | 383.38 | 383.38 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 175.42 | 394.28 |
| Social Security | 131.15 | 324.99 |
| Medicare | 30.68 | 76.01 |
| GA Income Tax | 77.84 | 176.23 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,115.20 | $5,241.73 |
| Taxes | $415.09 | $971.51 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$1,700.11** | |

Columbia County Chamber of Commerce, In
1000 Business Blvd
Evans GA 30809-7617

Check No.: 12474

Pay Stub Detail
PAY DATE: 12/15/2025
NET PAY: $200.00

*Christmas bonus*

Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

---

Check No.: 12474

**EMPLOYER**
Columbia County Chamber of Commerce, Inc.
1000 Business Blvd
Evans GA 30809-7617

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 12/15/2025 |
| Period Ending: | 12/15/2025 |
| Pay Date: | 12/15/2025 |
| Total Hours: | 0.00 |

**EMPLOYEE**
Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

| BENEFITS | Accrued | Used | Available | | |
|---|---|---|---|---|---|
| Vacation | 0.00 | 0.00 | 13.86 | **NET PAY:** | **$200.00** |

**MEMO:**
Merry Christmas

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Employee Taxes Paid | - | - | 106.93 | 106.93 |
| Regular Pay | - | 26.44 | 0.00 | 4,858.35 |
| Holiday Pay | - | 26.44 | 0.00 | 383.38 |
| Bonus | - | - | 200.00 | 200.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 67.52 | 461.80 |
| Social Security | 19.03 | 344.02 |
| Medicare | 4.45 | 80.46 |
| GA Income Tax | 15.93 | 192.16 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $306.93 | $5,548.66 |
| Taxes | $106.93 | $1,078.44 |
| Deductions | $0.00 | $0.00 |

**Net Pay**          **$200.00**

Columbia County Chamber of Commerce, In
1000 Business Blvd
Evans GA 30809-7617

Pay Stub Detail
PAY DATE: 12/18/2025
NET PAY: $1,700.13

Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

**EMPLOYER**
Columbia County Chamber of Commerce, Inc.
1000 Business Blvd
Evans GA 30809-7617

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 11/30/2025 |
| Period Ending: | 12/13/2025 |
| Pay Date: | 12/18/2025 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

| **BENEFITS** | **Accrued** | **Used** | **Available** | | |
|---|---|---|---|---|---|
| Vacation | 4.62 | 3.00 | 15.48 | **NET PAY:** | **$1,700.13** |
| | | | | Acct#....1764: | $1,700.13 |

**MEMO:**

| **PAY** | **Hours** | **Rate** | **Current** | **YTD** |
|---|---|---|---|---|
| Employee Taxes Paid | - | - | 0.00 | 106.93 |
| Regular Pay | 77.00 | 26.44 | 2,035.88 | 6,894.23 |
| Vacation Pay | 3.00 | 26.44 | 79.32 | 79.32 |
| Holiday Pay | - | 26.44 | 0.00 | 383.38 |
| Bonus | - | - | 0.00 | 200.00 |

| **DEDUCTIONS** | **Current** | **YTD** |
|---|---|---|

| **TAXES** | **Current** | **YTD** |
|---|---|---|
| Federal Income Tax | 175.42 | 637.22 |
| Social Security | 131.14 | 475.16 |
| Medicare | 30.67 | 111.13 |
| GA Income Tax | 77.84 | 270.00 |

| **SUMMARY** | **Current** | **YTD** |
|---|---|---|
| Total Pay | $2,115.20 | $7,663.86 |
| Taxes | $415.07 | $1,493.51 |
| Deductions | $0.00 | $0.00 |

**Net Pay**          **$1,700.13**

Columbia County Chamber of Commerce, In
1000 Business Blvd
Evans GA 30809-7617

Pay Stub Detail
PAY DATE: 12/31/2025
NET PAY: $1,700.13

Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

**EMPLOYER**
Columbia County Chamber of Commerce, Inc.
1000 Business Blvd
Evans GA 30809-7617

| **PAY PERIOD** | |
| --- | --- |
| Period Beginning | 12/14/2025 |
| Period Ending: | 12/27/2025 |
| Pay Date: | 12/31/2025 |
| Total Hours: | 80.00 |

**EMPLOYEE**
Thomas Allgood, III
3129 Olde Brownstone Ct
Augusta GA 30909-2675

| **BENEFITS** | Accrued | Used | Available |
| --- | --- | --- | --- |
| Vacation | 4.62 | 0.00 | 20.10 |

| **NET PAY:** | **$1,700.13** |
| --- | --- |
| Acct#....1764: | $1,700.13 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Employee Taxes Paid | - | - | 0.00 | 106.93 |
| Regular Pay | 65.50 | 26.44 | 1,731.82 | 8,626.05 |
| Vacation Pay | - | 26.44 | 0.00 | 79.32 |
| Holiday Pay | 14.50 | 26.44 | 383.38 | 766.76 |
| Bonus | - | - | 0.00 | 200.00 |

| DEDUCTIONS | Current | YTD |
| --- | --- | --- |

| TAXES | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | 175.42 | 812.64 |
| Social Security | 131.14 | 606.30 |
| Medicare | 30.67 | 141.80 |
| GA Income Tax | 77.84 | 347.84 |

| SUMMARY | Current | YTD |
| --- | --- | --- |
| Total Pay | $2,115.20 | $9,779.06 |
| Taxes | $415.07 | $1,908.58 |
| Deductions | $0.00 | $0.00 |

| **Net Pay** | **$1,700.13** |
| --- | --- |